**COMMONWEALTH of Pennsylvania**

v.

**Gary ROMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued March 14, 1978.

Decided June 5, 1978.

John Edward Calior, Rodgers, Marks & Perfilio, Sharon, for appellant.

Samuel J. Orr, IV, Dist. Atty., Charles S. Hersh, Mercer, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

This is an appeal from appellant's second conviction of second degree murder which arose from the killing of the deceased on October 13, 1973.[1] Appellant raises nine issues in this appeal, all of which are without merit except the ninth, which was waived.

1) That the trial court.erred in refusing to sustain appellant's demurrer;

2) That the trial court erred in admitting statements which, appellant claims, were hearsay;

3) That the trial court erred in denying appellant's motion for a mistrial;

---

1. This Court reversed appellant's first conviction. 465 Pa. 515, 351 A.2d 214 (1976).

4) That the trial court erred in denying appellant's motion for a change of venue;

5) That the appellant's case was prejudiced by a remark made by the District Attorney which, appellant claims, adversely commented on appellant's failure to testify;

6) That the trial court erred in its response to a juror's question concerning aiding and abetting;

7) That the trial court erred in refusing two of appellant's points for charge;

8 and 9)

That the trial court erred in its charge by stating facts which, appellant claims, had no basis in the record.

Judgment of sentence affirmed.